UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:13-cr-00073-JAW |
| ) | |
| ) | |
| JESSE C. NEWTON, ) | VIOLATION: |
| Defendant. ) | Title 18, U.S. Code, Section 922(g)(9) |

# INFORMATION

The United State Attorney charges:

## COUNT ONE
[18 U.S.C. § 922(g)(9)]

On or about January 5, 2012, in the District of Maine, the defendant

**JESSE C. NEWTON,**

having been convicted of Domestic Violence Assault in State v. Jesse Newton, BELSC-CR - 2011 - 00014 (Maine Super. Ct. Feb. 15, 2011), a misdemeanor crime of domestic violence, knowingly possessed in and affecting commerce, the following rounds of ammunition:

- 2 rounds of CCI, .357 caliber ammunition,
- 4 rounds of Federal, .30-.30 Winchester caliber ammunition,
- 2 rounds of Remington Peters, .270 Winchester Cal. ammunition, and
- 2 rounds of Winchester .270 Winchester Cal. ammunition,

said ammunition having been shipped and transported in interstate commerce,

In violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

Dated at Bangor, Maine this __12th__ day of April, 2013.

James M. Moore
Assistant U.S. Attorney